UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BELINDA PETERSON,

   Plaintiff,

-vs-                                                       CASE NO.:  8:15-CV-02907-SCB-AEP

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

   Defendant.
                                          /

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, BELINDA PETERSON, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BELINDA PETERSON, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                              */s/ Frank H. Kerney, III*
                                                              FRANK H. KERNEY, III, ESQUIRE
                                                              Florida Bar#: 88672
                                                              MORGAN & MORGAN, TAMPA, P.A.
                                                              One Tampa City Center
                                                              201 N. Franklin St., Suite 700
                                                              Tampa, FL 33602
                                                              Telephone: (813) 223-5505
                                                              Facsimile:  (813) 223-5402
                                                              Email:  fkerney@forthepeople.com
                                                             Secondary: jkneeland@forthepeople.com
                                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2016, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

KIMBERLY A. KOVES, ESQUIRE
Kimberly A. Koves (FBN: 100282)
WIAND GUERRA KING P.A
kkoves@wiandlaw.com.
5505 W. Gray Street
Tampa, FL 33609
Phone: (813) 347-5100
Fax: (813) 347-5198
*Attorneys for Defendant, Bluestem Brands, Inc.*

/s/ Frank H. Kerney, III
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672